NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 17-705 consolidated with CA 17-704

WILLIAM H. NUNGESSER

VERSUS

MICHEL B. MORENO, EMILE
DUMESNIL AND DYNAMIC
INDUSTRIES, INC.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20083100 C/W 20063028
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

CANDYCE G. PERRET
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Billy Howard Ezell, Van H. Kyzar, and Candyce G. Perret,
Judges.

AFFIRMED.

**David Michael Hufft**
**George Pivach  II**
**Timothy Thriffiley**
**Pivach, Pivach, Hufft**
**P. O. Box 7125**
**Belle Chasse, LA 70037**
**(504) 394-1870**
**COUNSEL FOR APPELLANT:**
     **William H. Nungesser**

**Ian Alexander Macdonald**
**Jones Walker**
**P. O. Drawer 3408**
**Lafayette, LA 70502-3408**
**(337) 593-7600**
**COUNSEL FOR APPELLEES:**
     **Dynamic Industries, Inc. and**
     **LQT Industries, LLC**

**Jennifer M. Ardoin**
**Frank S. Slavich, III**
**Babineaux, Poche, Anthony & Slavich, L.L.C.**
**P. O. Box 52169**
**Lafayette, LA 70505-2169**
**(337) 984-2505**
**COUNSEL FOR APPELLEE:**
     **Michel B. Moreno**

**PERRET, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Arc Industries, L.L.C. v. William H. Nungesser*, 17-704 (La.App. 3 Cir. __/__/18), __ So.3d __, the trial court's judgment is affirmed in all respects.  LQT Industries, L.L.C. and Dynamic Industries, Inc. shall bear their own costs of this appeal, and the remainder of the costs of this appeal shall be borne by William Nungesser.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.